**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROILAN LUIS RIVERON,

Petitioner,

v.

DAVID MARIN, et al.,

Respondents.

No. 5:26-cv-00874-JLS-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

(A) Respondents shall immediately release Petitioner **ROILAN LUIS RIVERON (A No. 203 825 601)** from custody, reinstate his release under the same conditions that were in place before his detention on May 26, 2025, and return any personal property and documents seized at the time of his detention.

(B) Respondents shall also provide Petitioner with a copy of this Order and the Report and Recommendation at or near the time of release; and

(C) within two days of the date of this Order, Respondents shall file a status report confirming Petitioner's release and return of his personal property and documents.

**IT IS SO ORDERED.**

DATED: August 17, 2026

Josephine L. Staton

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE